**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6961**

_____

UNITED STATES OF AMERICA,

           Plaintiff – Appellee,

    v.

MICHAEL GILBERT, a/k/a Roy Smith, a/k/a Tracy,

           Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, Senior
District Judge. (3:97-cr-00352-REP-2)

_____

Submitted: October 20, 2009      Decided: October 26, 2009

_____

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Gilbert, Appellant Pro Se. Stephen Wiley Miller,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gilbert appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gilbert, No. 3:97-cr-00352-REP-2 (E.D. Va. May 6, 2009). We deny Gilbert's motion for copies of documents, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED